FILED
2025 Feb-19  PM 06:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  6:25-cr-16-ACA-SGC** |
| | ) | |
| **BENJAMIN DANIEL SHOEMAKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO ALLOW TRAVEL OUT OF THE
## NORTHERN DISTRICT OF ALABAMA

Comes now the Defendant, by and through undersigned counsel, and moves this Honorable Court to grant permission to the Defendant to travel out of the Northern District of Alabama, and as grounds, therefore states as follows:

1.      Defendant Benjamin Shoemaker is currently on pretrial release in the above styled matter, and is being supervised by U.S.P.O. Ryan Guahnini.

2.      Defendant Shoemaker has been compliant with all of the terms of his supervised release to date.

3.      Prior to being under the supervision of the U.S. Probation Office, the Defendant had planned a day trip to Moundville State Park with his wife and children on March, 1, 2025, from 9:00 a.m. until 3:00 p.m.  to participate in a hands on activities and an archeological program hosted by the University of Alabama at Moundville State Park.

4.      When verifying the location of Moundville State Park, the Defendant determined that the Park is approximately .7 miles into Hale County, Alabama, which is not within the Northern District of Alabama.

5.      As Moundville State Park is located at 634 Moundville State Parkway, Moundville, AL, and not technically within the Northern District of Alabama, the Defendant now moves this Honorable Court to grant him permission to travel with his family from Jasper, AL where they reside to Moundville State Park, Moundville, AL on March 1, 2025.

6.      Counsel for the Defendant has discussed this matter with Assistant U.S. Attorney Michael Royster, and Mr. Royster has advised that he is not opposed to this motion being granted.

WHEREFORE, above premises considered, Defendant respectfully moves this Honorable Court to grant the Defendant's Motion to Travel Out of District by allowing him to travel to Moundville, AL with his family on March 1, 2025.

Respectfully submitted,

s/ DAVID S. LUKER
ATTORNEY FOR DEFENDANT
P.O. Box 2261
Birmingham, AL 35201
(205) 251-6666
DavidL@LukerLawPC.com
ASB-6647-E32D

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2025, I electronically filed the foregoing Motion for Permission to Travel Out of District with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Michael Royster
USPO Ryan Guagnini

/s/ DAVID S. LUKER
ATTORNEY FOR THE DEFENDANT